DANIEL J. BRODERICK, #89424
Federal Defender
MARY M. FRENCH, #126643
Supervising Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ANTONIO BARRAGAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR-S-07-379 EJG |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER CONTINUING |
| v. ) | STATUS CONFERENCE |
| ) | |
| ANTONIO BARRAGAN, ) | Date:  March 21, 2008 |
| ) | Time:  9:00 a.m. |
| Defendant. ) | Judge: Hon. Edward J. Garcia |
| ) | |
| _____ ) | |

It is hereby stipulated between the parties, Michael Beckwith, Assistant United States Attorney, attorney for plaintiff, and Mary M. French, Supervising Assistant Federal Defender, attorney for defendant ANTONIO BARRAGAN, that the Status Conference hearing date of February 22, 2008, is vacated and a new Status Conference hearing date of March 21, 2008, at 9:00 a.m. is hereby set.

This continuance is requested because defense counsel needs additional time to complete its investigation and to finish on-going interviews.  There are also on-going negotiations between the parties for a resolution of this matter.

1     It is further stipulated that the period from February 22, 2008,
2 through and including March 21, 2008, should be excluded pursuant to 18
3 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of
4 counsel and defense preparation.

Dated:   February 21, 2008          Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender


                                     /s/ Mary M. French
                                    MARY M. FRENCH
                                    Supervising Assistant
                                    Federal Defender
                                    Attorney for Defendant
                                    ANTONIO BARRAGAN


Dated:   February 21, 2008          McGREGOR W. SCOTT
                                    United States Attorney


                                    /s/   Mary M. French for
                                          Michael Beckwith
                                    _____
                                    MICHAEL BECKWITH
                                    Assistant U.S. Attorney
                                    per telephonic authorization



IT IS SO ORDERED.

Dated: February 21, 2008

                                    /s/ Edward J. Garcia
                                    EDWARD J. GARCIA
                                    United States District Judge

Stipulation and Order                -2-