```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  MARY M. FRENCH, #126643
    Supervising Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  ANTONIO BARRAGAN
 7
 8
                    IN THE UNITED STATES DISTRICT COURT
 9
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11
12  UNITED STATES OF AMERICA,    )  NO. CR-S-07-379 EJG
                                 )
13              Plaintiff,       )
                                 )  STIPULATION AND ORDER CONTINUING
14      v.                       )  STATUS CONFERENCE
                                 )
15  ANTONIO BARRAGAN,            )  Date:  June 6, 2008
                                 )  Time:  10:00 a.m.
16              Defendant.       )  Judge: Hon. Edward J. Garcia
                                 )
17  _____)
18
         It is hereby stipulated between the parties, Michael Beckwith,
19
    Assistant United States Attorney, attorney for plaintiff, and Mary M.
20
    French, Supervising Assistant Federal Defender, attorney for defendant
21
    ANTONIO BARRAGAN, that the Status Conference hearing date of
22
    May 9, 2008, is vacated and a new Status Conference hearing date of
23
    June 6, 2008, at 10:00 a.m. is hereby set.
24
         This continuance is requested because defense counsel needs
25
    additional time to prepare and complete a psychological examination of
26
    defendant.  The psychiatrist who was to examine defendant was called to
27
    Hawaii on another court matter and has not been able to examine
28
```

1  defendant yet.
2      It is further stipulated that the period from May 9, 2008, through
3  and including June 6, 2008, should be excluded pursuant to 18 U.S.C.
4  §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of counsel
5  and defense preparation.

Dated:  May 8, 2008                     Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender


                                         /s/ Mary M. French
                                        MARY M. FRENCH
                                        Supervising Assistant
                                        Federal Defender
                                        Attorney for Defendant
                                        ANTONIO BARRAGAN

Dated:  May 8, 2008                     McGREGOR W. SCOTT
                                        United States Attorney


                                        /s/  Mary M. French for
                                             Michael Beckwith
                                        _____
                                        MICHAEL BECKWITH
                                        Assistant U.S. Attorney
                                        per telephonic authorization


IT IS SO ORDERED.

Dated:   May 8, 2008

                                        /s/ Edward J. Garcia
                                        EDWARD J. GARCIA
                                        United States District Judge

Stipulation and Order              -2-