DANIEL J. BRODERICK, #89424
Federal Defender
MARY M. FRENCH, #126643
Supervising Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ANTONIO BARRAGAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>   v.<br><br>ANTONIO BARRAGAN,<br><br>           Defendant.<br>_____ | NO. CR-S-07-379 EJG<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE<br><br>Date:  July 18, 2008<br>Time:  10:00 a.m.<br>Judge: Hon. Edward J. Garcia |

    It is hereby stipulated between the parties, Michael Beckwith, Assistant United States Attorney, attorney for plaintiff, and Mary M. French, Supervising Assistant Federal Defender, attorney for defendant ANTONIO BARRAGAN, that the Status Conference hearing date of June 6, 2008, is vacated and a new Status Conference hearing date of July 18, 2008, at 10:00 a.m. is hereby set.

    This continuance is requested because Mr. Barragan has been evaluated by a psychiatrist who has recommended further testing. Mr. Barragan has suffered from epilepsy with uncontrolled seizures since the age of 9. The epilepsy may have caused some brain damage and intellectual impairment, according to the psychiatrist. The

psychiatrist referred Mr. Barragan for further testing by a psychologist to determine the extent of the intellectual impairment. Defense counsel has contacted a psychologist who will do testing, and the psychologist is in the process of arranging for the testing with a Spanish interpreter.

It is further stipulated that the period from June 6, 2008, through and including July 18, 2008, should be excluded pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of counsel and defense preparation.

Dated:   June 3, 2008                    Respectfully submitted,

                                                   DANIEL J. BRODERICK
                                                 Federal Defender

                                              /s/ Mary M. French
                                                MARY M. FRENCH
                                                Supervising Assistant
                                                Federal Defender
                                                Attorney for Defendant
                                                ANTONIO BARRAGAN

Dated:   June 3, 2008                    McGREGOR W. SCOTT
                                                United States Attorney

                                                /s/  Mary M. French for
                                                      Michael Beckwith
                                                _____
                                                MICHAEL BECKWITH
                                                Assistant U.S. Attorney
                                                per telephonic authorization

IT IS SO ORDERED.

Dated: June 3 2008

                                                /s/ Edward J. Garcia
                                                EDWARD J. GARCIA
                                                United States District Judge