DANIEL J. BRODERICK, #89424
Federal Defender
MARY M. FRENCH, #126643
Supervising Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ANTONIO BARRAGAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR-S-07-379 EJG |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER CONTINUING |
| v. ) | STATUS CONFERENCE |
| ) | |
| ANTONIO BARRAGAN, ) | Date: August 22, 2008 |
| ) | Time: 10:00 a.m. |
| Defendant. ) | Judge: Hon. Edward J. Garcia |
| ) | |
| _____ ) | |

It is hereby stipulated between the parties, Michael Beckwith, Assistant United States Attorney, attorney for plaintiff, and Mary M. French, Supervising Assistant Federal Defender, attorney for defendant ANTONIO BARRAGAN, that the Status Conference hearing date of July 18, 2008, is vacated and a new Status Conference hearing date of August 22, 2008, at 10:00 a.m. is hereby set.

This continuance is requested because defense counsel is in the process of completing the psychological evaluation concerning Mr. Barragan's intellectual functioning and needs more time to get the evaluation completed.

It is further stipulated that the period from July 18, 2008,

through and including August 22, 2008, should be excluded pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of counsel and defense preparation.

Dated:  July 17, 2008              Respectfully submitted,

                                   DANIEL J. BRODERICK
                                   Federal Defender


                                    /s/ Mary M. French
                                   MARY M. FRENCH
                                   Supervising Assistant
                                   Federal Defender
                                   Attorney for Defendant
                                   ANTONIO BARRAGAN


Dated:  July 17, 2008              McGREGOR W. SCOTT
                                   United States Attorney


                                   /s/  Mary M. French for
                                        Michael Beckwith
                                   _____
                                   MICHAEL BECKWITH
                                   Assistant U.S. Attorney
                                   per telephonic authorization


IT IS SO ORDERED.

Dated: July 17, 2008

                                   /s/ Edward J. Garcia
                                   EDWARD J. GARCIA
                                   United States District Judge

Stipulation and Order              -2-