Timothy E. Warriner
Attorney at Law
813 6th St., Suite 450
Sacramento, CA 95814
(916) 443-7141

Attorney for defendant,
ANTONIO BARRAGAN

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CRS 07 0379 EJG |
| Plaintiff, ) | STIPULATION & ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME |
| v. ) | |
| ANTONIO BARRAGAN, ) | |
| Defendant. ) | |

The parties hereby stipulate to the following:

1. A status conference in this matter is set for October 31, 2008 at 10:00 a.m.

2. Defense counsel was recently appointed and needs additional time to meet with Mr. Barragan and to review all discovery. Also, defense counsel will be requesting additional discovery from the prosecution, and more time is needed to get these materials. Therefore, a continuance of the status conference until **December 12, 2008** is requested.

4. It is further stipulated by the parties that time continue to be excluded to December 12, 2008 for preparation of counsel pursuant to local code T4. 18 U.S.C. 3161(h)(8)(B)(iv).


DATED: October 28, 2008       /s/ Tim Warriner, Attorney for
                              Defendant ANTONIO BARRAGAN


DATED: October 28, 2008       /s/ Michael M. Beckwith
                              Assistant U.S. Attorney

1

## ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the status conference set for October 31, 2008 be continued to December 12, 2008 at 10:00 a.m., and that time continue to be excluded to December 12, 2008 for preparation of counsel pursuant to Local Code T4, 18 U.S.C. 3161(h)(8)(B)(iv).

DATED:   October 29, 208     /s/ Edward J. Garcia
                             U. S. DISTRICT JUDGE