Timothy E. Warriner
Attorney at Law
813 6th St., Suite 450
Sacramento, CA 95814
(916) 443-7141

Attorney for defendant,
ANTONIO BARRAGAN

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CRS 07 0379 EJG |
| Plaintiff, | STIPULATION & ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME |
| v. | |
| ANTONIO BARRAGAN, | |
| Defendant. | |

The parties hereby stipulate to the following:

1. A status conference in this matter is set for December 12, 2008 at 10:00 a.m.

2. Counsel has just been provided a proposed plea agreement. A continuance of the status conference is needed in order for counsel to further discuss the case with the client, review discovery, and investigate the possibility of resolution by way of plea. Therefore, a continuance of the status conference until **January 16, 2009** is requested.

4. It is further stipulated by the parties that time continue to be excluded to January 16, 2009 for preparation of counsel pursuant to local code T4. 18 U.S.C. 3161(h)(8)(B)(iv).

DATED: December 10, 2008    /s/ Tim Warriner, Attorney for
                             Defendant ANTONIO BARRAGAN

1

DATED: December 10, 2008     /s/ Michael M. Beckwith
                              Assistant U.S. Attorney

### ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the status conference set for December 12, 2008 be continued to January 16, 2009 at 10:00 a.m., and that time continue to be excluded to January 16, 2009 for preparation of counsel pursuant to Local Code T4, 18 U.S.C. 3161(h)(8)(B)(iv).

DATED: Dec. 11 , 2008          /s/ Edward J. Garcia
                               UNITED STATES DISTRICT JUDGE