Timothy E. Warriner
Attorney at Law
813 6th St., Suite 450
Sacramento, CA 95814
(916) 443-7141

Attorney for defendant,
ANTONIO BARRAGAN

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                          )<br>        Plaintiff,                            )<br>                                                          )<br>    v.                                                 )<br>                                                          )<br>ANTONIO BARRAGAN,                  )<br>                                                          )<br>        Defendant.                         )<br>_____) | No. CRS 07 0379 EJG<br><br>STIPULATION & ORDER<br>CONTINUING STATUS<br>CONFERENCE AND<br>EXCLUDING TIME |

The parties hereby stipulate to the following:

1. A status conference in this matter is set for January 16, 2009 at 10:00 a.m.

2. A continuance of the status conference is needed in order for counsel to conduct further investigations in preparation for a plea or trial. Therefore, a continuance of the status conference until **February 20, 2009** is requested.

4. It is further stipulated by the parties that time continue to be excluded to February 20, 2009 for preparation of counsel pursuant to local code T4. 18 U.S.C. 3161(h)(8)(B)(iv).


DATED: January 14, 2009        /s/ Tim Warriner, Attorney for
                                                  Defendant ANTONIO BARRAGAN

DATED: January 14, 2009        /s/ Michael M. Beckwith
                                                  Assistant U.S. Attorney

1

<u>ORDER</u>

GOOD CAUSE APPEARING, it is hereby ordered that the status conference set for January 16, 2009 be continued to February 20, 2009 at 10:00 a.m., and that time continue to be excluded to February 20, 2009 for preparation of counsel pursuant to Local Code T4, 18 U.S.C. 3161(h)(8)(B)(iv).

DATED:   Jan. 14 , 2009         /s/ Edward J. Garcia
                                UNITED STATES DISTRICT JUDGE