Timothy E. Warriner
Attorney at Law
813 6th St., Suite 450
Sacramento, CA 95814
(916) 443-7141

Attorney for defendant,
ANTONIO BARRAGAN

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CRS 07 0379 EJG |
| Plaintiff, ) | STIPULATION & ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME |
| v. ) | |
| ANTONIO BARRAGAN, ) | |
| Defendant. ) | |

The parties hereby stipulate to the following:

1. A status conference in this matter is set for February 20, 2009 at 10:00 a.m.

2. A continuance of the status conference is needed in order for counsel to conduct further investigations and client evaluations in preparation for a plea or trial. Counsel is diligently pursuing investigation but exclusion of time is needed for preparation of counsel. Also, counsel is in trial through the month of February. Therefore, a continuance of the status conference until **March 27, 2009** is requested.

4. It is further stipulated by the parties that time continue to be excluded to March 27, 2009 for preparation of counsel pursuant to local code T4. 18 U.S.C. 3161(h)(8)(B)(iv).

DATED: February 17, 2009      /s/ Tim Warriner, Attorney for
                              Defendant ANTONIO BARRAGAN

1

DATED: February 17, 2009          /s/ Michael M. Beckwith
                                  Assistant U.S. Attorney

## ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the status conference set for February 20, 2009 be continued to March 27, 2009 at 10:00 a.m., and that time continue to be excluded to March 27, 2009 for preparation of counsel pursuant to Local Code T4, 18 U.S.C. 3161(h)(8)(B)(iv).

DATED: February 17, 2009          /s/ Edward J. Garcia
                                  U. S. DISTRICT JUDGE

2