Timothy E. Warriner
Attorney at Law
813 6th St., Suite 450
Sacramento, CA 95814
(916) 443-7141

Attorney for defendant,
ANTONIO BARRAGAN

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CRS 07 0379 EJG |
| ) | |
| Plaintiff, ) | STIPULATION & ORDER |
| ) | CONTINUING STATUS |
| v. ) | CONFERENCE AND |
| ) | EXCLUDING TIME |
| ANTONIO BARRAGAN, ) | |
| ) | |
| Defendant. ) | |
| ) | |

The parties hereby stipulate to the following:

1. A status conference in this matter is set for March 27, 2009 at 10:00 a.m.

2. Defense counsel is presently involved in a trial that will conclude the second week of April, 2009. Counsel is pursuing a psychological evaluation of the defendant, and has located a Spanish speaking evaluator. Because of the evaluator's prior commitments, the evaluation will not be complete until the very end of April, or the beginning of May, 2009. A continuance of the status conference is necessary to complete this investigation and evaluation, and due to counsel's involvement in trial. Therefore, a continuance of the status conference until **May 15, 2009** is requested.

4. It is further stipulated by the parties that time continue to be excluded to May 15, 2009 for preparation of counsel pursuant to local code T4. 18 U.S.C. 3161(h)(8)(B)(iv).

1

DATED: March 25, 2009         /s/ Tim Warriner, Attorney for
                              Defendant ANTONIO BARRAGAN

DATED: March 25, 2009         /s/ Michael M. Beckwith
                              Assistant U.S. Attorney

## ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the status conference set for March 27, 2009 be continued to May 15, 2009 at 10:00 a.m., and that time continue to be excluded to May 15, 2009 for preparation of counsel pursuant to Local Code T4, 18 U.S.C. 3161(h)(8)(B)(iv).

DATED:    March 25, 2009      /s/ Edward J. Garcia
                              UNITED STATES DISTRICT JUDGE