```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  MICHAEL M. BECKWITH
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2797
 5
 6
 7              IN THE UNITED STATES DISTRICT COURT FOR THE
 8                    EASTERN DISTRICT OF CALIFORNIA
 9
10  UNITED STATES OF AMERICA,      )
                                   )  CR. S-07-00379-EJG
11           Plaintiff,            )
                                   )  STIPULATION AND ORDER
12                                 )  CONTINUING STATUS CONFERENCE AND
        v.                         )  EXCLUDING TIME
13                                 )
    ANTONIO BARRAGAN,              )
14                                 )
             Defendant.            )  Senior Judge Edward J. Garcia
15  _____)
16
17       The parties request that the status conference currently set
18  for May 15, 2009, be continued to June 5, 2009, and stipulate
19  that the time beginning May 15, 2009, and extending through June
20  5, 2009, should be excluded from the calculation of time under
21  the Speedy Trial Act.  The parties submit that the ends of
22  justice are served by the Court excluding such time, so that
23  counsel for each defendant may have reasonable time necessary for
24  effective preparation, taking into account the exercise of due
25  diligence.  18 U.S.C. § 3161(h)(8)(B)(iv); Local Code T4.
26  ///
27  ///
28  ///
```

1

The parties need additional time for preparation. Therefore, the parties have agreed and respectfully request that the Court set the date of June 5, 2009, for the status conference.

Respectfully Submitted,

LAWRENCE G. BROWN
Acting United States Attorney

Dated: May 6, 2009          By: /s/ Michael M. Beckwith
                            MICHAEL M. BECKWITH
                            Assistant U.S. Attorney

Dated: May 6, 2009          By: /s/ Timothy E. Warriner
                            TIMOTHY E. WARRINER
                            Attorney for defendant
                            Antonio Barragan

**ORDER**

For the reasons stated above, the status conference in case number CR. S-07-00379-EJG, currently set for May 15, 2009, is continued to June 5, 2009; and the time beginning May 15, 2009, and extending through June 5, 2009, is excluded from the calculation of time under the Speedy Trial Act for effective defense preparation. The Court finds that interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: May 7, 2009          /s/ Edward J. Garcia
                            EDWARD J. GARCIA
                            United States District Judge