Timothy E. Warriner
Attorney at Law
813 6th St., Suite 450
Sacramento, CA 95814
(916) 443-7141

Attorney for defendant,
ANTONIO BARRAGAN

**FILED**

JUN -5 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CRS 07 0379 EJG |
| Plaintiff, | STIPULATION & ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME |
| v. | |
| ANTONIO BARRAGAN, | |
| Defendant. | C/EJG |

The parties hereby stipulate to the following:

1. A status conference in this matter is set for June 5, 2009 at 10:00 a.m.

2. Defense counsel is presently involved in a trial that will last for the next three weeks. Counsel is pursuing a psychological evaluation of the defendant. A continuance of the status conference is necessary to complete the evaluation, and due to counsel's involvement in trial. Therefore, a continuance of the status conference until **July 31, 2009** is requested.

4. It is further stipulated by the parties that time continue to be excluded to July 31, 2009 for preparation of counsel pursuant to local code T4. 18 U.S.C. 3161(h)(8)(B)(iv).

DATED: June 3, 2009        /s/ Tim Warriner, Attorney for
                           Defendant ANTONIO BARRAGAN

1

1  DATED: June 3, 2009        /s/ Michael M. Beckwith
                              Assistant U.S. Attorney
2

3                              ORDER

4       GOOD CAUSE APPEARING, it is hereby ordered that the status conference

5  set for June 5, 2009 be continued to July 31, 2009 at 10:00 a.m., and that time

6  continue to be excluded to July 31, 2009 for preparation of counsel pursuant to

7  Local Code T4, 18 U.S.C. 3161(h)(8)(B)(iv).

8

9  DATED: June 4, 2009          _____
                                UNITED STATES DISTRICT JUDGE