Timothy E. Warriner
Attorney at Law
813 6th St., Suite 450
Sacramento, CA 95814
(916) 443-7141

Attorney for defendant,
ANTONIO BARRAGAN

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CRS 07 0379 EJG |
| Plaintiff, | ) ) | STIPULATION & ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME |
| v. | ) ) ) | |
| ANTONIO BARRAGAN, | ) ) | |
| Defendant. | ) ) | |

The parties hereby stipulate to the following:

1. A status conference in this matter is set for July 31, 2009 at 10:00 a.m.

2. A continuance of the status conference is necessary to complete the psychological evaluation of the defendant, and to complete investigations. Both parties, therefore, stipulate that the status conference be continued until **September 18, 2009**.

4. It is further stipulated by the parties that time continue to be excluded to September 18, 2009 for preparation of counsel pursuant to local code T4. 18 U.S.C. 3161(h)(8)(B)(iv).


DATED: July 29, 2009          /s/ Tim Warriner, Attorney for
                              Defendant ANTONIO BARRAGAN

DATED: July 29, 2009          /s/ Michael M. Beckwith
                              Assistant U.S. Attorney

1

<u>ORDER</u>

GOOD CAUSE APPEARING, it is hereby ordered that the status conference set for July 31, 2009 be continued to September 18, 2009 at 10:00 a.m., and that time continue to be excluded to September 18, 2009 for preparation of counsel pursuant to Local Code T4, 18 U.S.C. 3161(h)(8)(B)(iv).

DATED: July 29, 2009       /s/ Edward J. Garcia
                           UNITED STATES DISTRICT JUDGE