Timothy E. Warriner
Attorney at Law
813 6th St., Suite 450
Sacramento, CA 95814
(916) 443-7141

Attorney for defendant,
ANTONIO BARRAGAN

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ANTONIO BARRAGAN, ) <br> ) <br> Defendant. ) <br> _____ ) | No. CRS 07 0379 EJG <br><br> STIPULATION & ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME |

The parties hereby stipulate to the following:

1. A status conference in this matter is set for September 18, 2009 at 10:00 a.m.

2. A continuance of the status conference is necessary to complete the psychological evaluation of the defendant, and to complete investigations and plea negotiations. Both parties, therefore, stipulate that the status conference be continued to **October 9, 2009**.

4. It is further stipulated by the parties that time continue to be excluded to October 9, 2009 for preparation of counsel pursuant to local code T4. 18 U.S.C. 3161(h)(8)(B)(iv).


DATED: September 16, 2009    /s/ Tim Warriner, Attorney for
                             Defendant ANTONIO BARRAGAN


DATED: September 16, 2009    /s/ Michael M. Beckwith
                             Assistant U.S. Attorney

1

## ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the status conference set for September 18, 2009 be continued to October 9, 2009 at 10:00 a.m., and that time continue to be excluded to October 9, 2009 for preparation of counsel pursuant to Local Code T4, 18 U.S.C. 3161(h)(8)(B)(iv).

DATED: Sept 16, 2009         /s/ Edward J. Garcia
                             UNITED STATES DISTRICT JUDGE