Timothy E. Warriner
Attorney at Law
813 6th St., Suite 450
Sacramento, CA 95814
(916) 443-7141

Attorney for defendant,
ANTONIO BARRAGAN

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:07-CR-00379 EJG |
| Plaintiff, | STIPULATION & ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME |
| v. | |
| ANTONIO BARRAGAN, | |
| Defendant. | |

The parties hereby stipulate to the following:

1. A status conference in this matter is set for October 9, 2009 at 10:00 a.m.

2. A continuance of the status conference is necessary to complete the psychological evaluation of the defendant, and to complete investigations and plea negotiations. Both parties, therefore, stipulate that the status conference be continued to **November 13, 2009**.

3. It is further stipulated by the parties that time continue to be excluded to November 13, 2009 for preparation of counsel pursuant to local code T4. 18 U.S.C. 3161(h)(8)(B)(iv).


DATED: October 7, 2009        /s/ Tim Warriner, Attorney for
                              Defendant ANTONIO BARRAGAN

DATED: October 7, 2009        /s/ Carolyn Delaney
                              Assistant U.S. Attorney

1

ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the status conference set for October 9, 2009 be continued to November 13, 2009 at 10:00 a.m., and that time continue to be excluded to November 13, 2009 for preparation of counsel pursuant to Local Code T4, 18 U.S.C. 3161(h)(8)(B)(iv).

DATED: October 8, 2009

/s/ Edward J. Garcia
EDWARD J. GARCIA
UNITED STATES DISTRICT JUDGE