Timothy E. Warriner
Attorney at Law
813 6th St., Suite 450
Sacramento, CA 95814
(916) 443-7141

Attorney for defendant,
ANTONIO BARRAGAN

**FILED**

NOV 1 2 2009

CLERK, U S DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CRS 07 0379 EJG |
| Plaintiff, ) | STIPULATION & ORDER CONTINUING STATUS |
| v. ) | CONFERENCE AND EXCLUDING TIME |
| ANTONIO BARRAGAN, ) | |
| Defendant. ) | |

The parties hereby stipulate to the following:

1.      A status conference in this matter is set for November 13, 2009 at 10:00 a.m.

2.      A continuance of the status conference is necessary for counsel to receive and review the report of the evaluating psychologist, and to conduct other investigations.  The psychological report should be available to counsel within three weeks.  Both parties, therefore, stipulate that the status conference be continued to **December 18, 2009**.

3.      It is further stipulated by the parties that time continue to be excluded to December 18, 2009 for preparation of counsel pursuant to local code T4. 18 U.S.C. 3161(h)(8)(B)(iv).

DATED: November 12, 2009       /s/ Tim Warriner, Attorney for
                                                  Defendant ANTONIO BARRAGAN

1  DATED: November 12, 2009      /s/ Carolyn Delaney
                                  Assistant U.S. Attorney

2

3                                 ORDER

4       GOOD CAUSE APPEARING, it is hereby ordered that the status conference

5  set for November 13, 2009 be continued to December 18, 2009 at 10:00 a.m., and

6  that time continue to be excluded to December 18, 2009 for preparation of

7  counsel pursuant to Local Code T4, 18 U.S.C. 3161(h)(8)(B)(iv).

8

9  DATED: _Nov 12_, 2009         _Cl l J J a_____
                                  UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28