Timothy E. Warriner
Attorney at Law
813 6th St., Suite 450
Sacramento, CA 95814
(916) 443-7141

Attorney for defendant,
ANTONIO BARRAGAN

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CRS 07 0379 EJG |
| ) | |
| Plaintiff, ) | STIPULATION & ORDER |
| ) | CONTINUING STATUS |
| v. ) | CONFERENCE AND |
| ) | EXCLUDING TIME |
| ANTONIO BARRAGAN, ) | |
| ) | |
| Defendant. ) | |

The parties hereby stipulate to the following:

1. A status conference in this matter is set for December 18, 2009 at 10:00 a.m.

2. A continuance of the status conference is necessary for counsel to review with the client a possible plea agreement. Counsel needs additional time to conduct this meeting with the assistance of an interpreter. Both parties, therefore, stipulate that the status conference be continued to **January 22, 2010**.

3. It is further stipulated by the parties that time continue to be excluded to January 22, 2010 for preparation of counsel pursuant to local code T4. 18 U.S.C. 3161(h)(8)(B)(iv).

DATED: December 17, 2009    /s/ Tim Warriner, Attorney for
                            Defendant ANTONIO BARRAGAN

1

1  DATED: December 17, 2009      /s/ Carolyn Delaney
                                 Assistant U.S. Attorney
2

3                            ORDER

4     GOOD CAUSE APPEARING, it is hereby ordered that the status conference set for December 18, 2009 be continued to January 22, 2010 at 10:00 a.m., and that time continue to be excluded to January 22, 2010 for preparation of counsel pursuant to Local Code T4, 18 U.S.C. 3161(h)(8)(B)(iv).

9  DATED:  December 17, 2009

10                                    /s/ Edward J. Garcia
                                      U. S. DISTRICT JUDGE