Timothy E. Warriner
Attorney at Law
813 6th St., Suite 450
Sacramento, CA 95814
(916) 443-7141

Attorney for defendant,
ANTONIO BARRAGAN

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CRS 07 0379 EJG |
| Plaintiff, | ) ) | ORDER FOR EXAMINATION PURSUANT TO 18 U.S.C. § 4241- MENTAL COMPETENCY OF DEFENDANT |
| v. | ) | |
| ANTONIO BARRAGAN, | ) | |
| Defendant. | ) | |

GOOD CAUSE APPEARING, it is hereby ordered that defendant Antonio Barragan shall be examined pursuant to Title 18 United States Code, Section 4241, to determine whether he may presently be suffering from a mental disease or defect rendering him mentally incompetent to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

The defendant shall be transported by the U. S. Marshal, forthwith, to MDC San Diego for the purpose of being examined there by appropriate physicians, psychologists, and others to determine his mental competency. It is further ordered that such study may be conducted over a period of 30 days (see 18 U.S.C. § 4247(b)) and that a report be prepared pursuant to the provisions of Title 18 United States Code, Section 4241(b), and filed with the Court under seal.

DATED: February 26, 2010           /s/ Edward J. Garcia
                                    EDWARD J. GARCIA
                                    UNITED STATES DISTRICT JUDGE